30011. FIREMAN'S FUND INDEMNITY Co. *et al. v.* GOSS.

SUTTON, J. The only reference in the record as to service of a copy of the bill of exceptions upon the defendant in error, who was not represented in the trial court by counsel, is a return of the sheriff of the court that rendered a judgment which is sought by the plaintiffs in error to have reviewed here, and which reads as follows: "I have made diligent search, and failed to locate General W. Goss [defendant in error] in order to serve him with copy of the within bill of exceptions, and have been reliably informed that he is now a resident of Monroe, Walton County, Georgia" (a county other than that in which the case was tried). It not appearing from the record that there was any service of a copy of the bill of exceptions, either personal or by acknowledgment, upon the defendant in error, this court is without jurisdiction to entertain the writ of error.

*Writ of error dismissed. Stephens, P. J., and Felton, J., concur.*

DECIDED MARCH 6, 1943.

*T. Elton Drake, William E. Ball,* for plaintiffs in error.